# United States District Court
## *Southern District of Georgia*

CURTIS CLOVER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV314-154

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 5, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), this case is REVERSED and REMANDED to the Acting Commissioner for further review. This case stands CLOSED.



February 5, 2016
Date

Scott L. Poff
Clerk

*(By) Deputy Clerk*